UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                Plaintiffs,

v.

AZTECH MOUNTAIN, LLC

                Defendant.

Case No. 23-cv-07855-RER-SJB

## JOINT STIPULATION

WHEREAS, on October 20, 2023, Plaintiff Damian Martin ("Plaintiff") filed a purported class action alleging that Defendant Aztech Mountain LLC's ("Defendant") website is not fully accessible to individuals with disabilities in violation of Title III of the ADA and state and local law ("Action"), and

WHEREAS, the parties have reached a mutually acceptable and confidential settlement of this Action in order to avoid the cost and inconvenience of litigation, and

WHEREAS, in connection with their confidential settlement, the parties agree that there is good cause for the Court to set aside the Certificate of Default entered by the Clerk of the Court on December 20, 2023 (ECF No. 7),

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, and the parties hereby jointly request, that the Court take the following actions:

1. Set aside the Certificate of Default entered by the Clerk of the Court on December 20, 2023 (ECF No. 7), pursuant to Federal Rule of Civil Procedure 55(c), and

2. Approve and so order the Consent Decree entered into by the parties in connection with their confidential settlement, which is attached to this stipulation as <u>Exhibit A</u>.

Dated: February 20, 2024

**For Plaintiff Damian Martin**

_____
PeterPaul Shaker
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
P: (201) 282-6500
pshaker@steinsakslegal.com

**For Defendant Aztech Mountain LLC**

_____
Michael F. Westfal
Mukasey Young LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
Ph: (212) 466-6400
michael.westfal@mukaseylaw.com

## CERTIFICATE OF SERVICE

I certify that on February 20, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Michael F. Westfal
Michael F. Westfal
**Mukasey Young LLP**
*Attorneys for Defendant*